UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-22783-CIV-MORENO

CARMEN RAMOS,

    Plaintiff,

vs.

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has noted the proof of service on Defendant in the Court record (**D.E. No. 4**), dated **August 29, 2012**. The Court has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

**ADJUDGED** that Default Final Judgment is hereby ENTERED in favor of Plaintiff and against Defendant. It is further

**ADJUDGED** that Plaintiff shall submit documentation demonstrating damages no later than **October 19, 2012**, that includes affidavits of the amount due by Defendant and other supporting documentation. Plaintiff shall send a copy of the motion to Defendant's counsel or to Defendant if Defendant does not have counsel and Defendant's address is known. In the certificate of service, Plaintiff shall indicate that notice was sent and the address to which it was sent.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of October, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record